IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY JAMES REDMOND,

    Plaintiff,                                 JUDGMENT IN A CIVIL CASE

v.                                            15-cv-672-jdp

SALAM SYED,

    Defendant.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Salam Syed granting his motion for summary judgment and dismissing this case.

/s/                                                      3/8/2017

Peter Oppeneer, Clerk of Court                   Date